## Loder *ads*. Scofield and wife.

*Writ of Right.* MUNRO ftated that tenant had at a previous term demanded view, but that demandant had not iffued the writ, and now he renewed his motion that the demandant fue out the writ of view, and caufe view to be given by the firft day of next Term, or be nonfuited: and cited Booth 40. to fhew that though a view be granted at the inftance of the tenant, the demandant is bound to fue it out.

Rule granted.